No. 10–1334. SALADO-ALVA *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 10–1335. AHAN *v.* MODANLO. Ct. Sp. App. Md. Certiorari denied.

No. 10–1336. CARROLL *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 3d Cir. Certiorari denied.

No. 10–1339. LOCKWOOD ET AL. *v.* SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 10–1340. KFC CORP. *v.* IOWA DEPARTMENT OF REVENUE. Sup. Ct. Iowa. Certiorari denied.

No. 10–1341. UPMC *v.* WEST PENN ALLEGHENY HEALTH SYSTEM, INC.; and
No. 10–1346. HIGHMARK, INC. *v.* WEST PENN ALLEGHENY HEALTH SYSTEM, INC. C. A. 3d Cir. Certiorari denied. Reported below: 627 F. 3d 85.

No. 10–1343. SZAJER ET UX. *v.* CITY OF LOS ANGELES, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1344. SCHMIER *v.* JUSTICES OF THE SUPREME COURT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1348. PARNELL *v.* BANK OF NEW YORK, ACTING SOLELY IN ITS CAPACITY AS TRUSTEE FOR EQCC TRUST 2001–2. Sup. Ct. La. Certiorari denied.

No. 10–1349. MITCHELL *v.* KDJM–FM, JAMMIN 92.5, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–1351. KEYES ET AL. *v.* BOWEN, SECRETARY OF STATE OF CALIFORNIA, ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.